UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:21-cv-22474-GAYLES/TORRES

**LARKIN EMERGENCY PHYSICIANS, LLC**,

    Plaintiff,

v.

**AETNA LIFE INSURANCE COMPANY**,

    Defendant.
_____/

## ORDER OF TRANSFER

**THIS CAUSE** comes before the Court on a *sua sponte* review of the record. **GOOD CAUSE** appearing that a transfer of this case is appropriate pursuant to Internal Operating Procedure 2.15.00 of the United States District Court for the Southern District of Florida because of related **Case No. 21-cv-22472-MARTINEZ**, and subject to the consent of the Honorable Judge Jose E. Martinez, it is

**ORDERED AND ADJDUGED** that the above numbered case is transferred to the calendar of Judge Jose E. Martinez for all further proceedings.

**DONE AND ORDERED** in Chambers in Miami, Florida, this 30th day of July, 2021.

_____
DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE

After reviewing the court file in the above numbered case, the undersigned accepts the transfer of this case. Therefore, it is

**ORDERED AND ADJUDGED** that all pleadings filed after this date shall bear the following case number, **21-cv-22474-MARTINEZ**, indicating the Judge to whom all pleadings should be routed.

**DONE AND ORDERED** in Chambers in Miami, Florida, this 30th day of July, 2021.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE